UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 7516   ADA

Marion Francis 66174-054
Anita Garret 67913-054   Regina Lewis 67206-054
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. _____ (__)(__)

-against-

The United States of America
Federal Bureau of Prisons
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

RECEIVED
OCT - 5 2012
PRO SE OFFICE

I, Regina Lewis _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

#2 UMB
U.S. DISTRICT COURT
FILED
OCT 05 2012
S.D. OF N.Y.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    None
    _____

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

    No
    _____

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    $ SSI

    a) Are you receiving any public benefits?         ☐ No   ☒ Yes, $ Foodstamps Medicade
    b) Do you receive any income from any other source?  ☒ No   ☐ Yes, $ SSI 781.00

    I think check stops when your incarcerated

Rev. 05/2007                                    1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    ☒ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

    ☐ No.    ☒ Yes, 865.00. Subsidized

7. List the person(s) that you pay money to support and the amount you pay each month.

    myself living expenses 78/mo when I'm home.

8. State any special financial circumstances which the Court should consider.

    I'm in Jail and my SSI check has been Cut. I am an ADA Plaintiff not pro se

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __September__, __2012__
          date              month              year

_Regina Lewis_
Signature

Rev. 05/2007                                    2

*I am an ADA Plaintiff not Pro Se*

C. Explain why you need an attorney in this case.

I'm mentally Disabled and have Severe behavioral problems for which I'm not being treated for. I have memory, concentration and learning disabilities. I cannot interpret the law. and I have failed to represent myself in every case!

D. Explain what steps you have taken to find an attorney and with what results. (*Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.*)

In prison unit no access to phone book or phone. Limited communication, no way to access attorneys

E. If you need an attorney who speaks a language other than English, state what language(s) you speak:

No

2. In further support of my application, I declare that (check appropriate box):

☐ I have previously filed a Request to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.

☒ I have not previously filed a Request to Proceed *In Forma Pauperis* in this case, and now attach an original Request to Proceed *In Forma Pauperis* detailing my financial status.

☐ I have previously filed a Request to Proceed *In Forma Pauperis* in this case, however, my financial status has changed. I have attached another Request to Proceed *In Forma Pauperis* showing my current financial status.

3. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

4. I understand that if my answers on this application are false, my case may be dismissed.

5. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 9-18-12   ADA   [Signature]



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

*I don't authorize transaction its a double standard.*

# PRISONER AUTHORIZATION

*Unconstitutional ADA*

Case Name: _____ v. _____
             *(Enter the full name of the plaintiff(s))*      *(Enter the full name of the defendant(s))*

Docket No:   No. _____ Civ. _____ ( )
             *(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _____ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.

*Wish to be exempt under whatever Act authorizes my exemption.*

_____, 20__                    _____
Date signed                          Signature of Plaintiff

                                     _____
                                     Prisoner I.D. Number

                                     _____
                                     Name of current facility

rev. 01/11