UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 12 CV 7516

Marion Francis 66174-054
Onita Garret 67913-054
ADA Regina Lewis 67206-054

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The United States of America
FBOP
Federal Bureau of Prisons

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
*(check one)*

OCT - 5 2012
PRO SE OFFICE

#1 UMG

U.S. DISTRICT COURT
FILED
OCT 0 5 2012
S.D. OF N.Y.

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Regina Lewis  ADA Plaintiff
ID # 67206-054
Current Institution MDC
Address PO Box 329002
Brooklyn, NY 11232

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 2    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

II.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? _Metropolitan Correctional Center_

B.  Where in the institution did the events giving rise to your claim(s) occur? _the unit_

C.  What date and approximate time did the events giving rise to your claim(s) occur? _July 26, 2012, August 23, 2012_

D. **Facts:** On July 26, 2012 I was housed with a male inmate. He made me uncomfortable as he engaged in staring, leaning over my shoulder to see what I'm writing, taking my seat when I got up. He was also provided with very large needles to inject himself with hormones three times a day. I complained in cop outs to the case manager about fear of being purposely or accidently stabbed as he passed by me with the syringes in the common area. The male inmate was stalking me.

On August 23, 2012 inmate Daniell Williams asked to be a part of the lawsuit, told staff members I was circulating a petition with other females. The Lt. instructed her to get a copy. I did not start a petition I filed a complaint with the court. Because no petition was produced by their #1 snitch and no one owned up to it, in retaliation I was indicted and remain in MCC. Every staff member referred to the male inmate as a female and said he cut off his penis end of story. I was chastised and threatened by other inmates, Laura Oiler who kept walking on my heels and antagonizing me.

**Boxes on left:**
- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. retaliation and indicted on the same day I put out of MCC. Ms. Hill told me just before that I was going home. Ms. Eldredge told another inmate that my case wasn't real I was only here for a psych eval. I am the victim of prosecutorial misconduct. According to the MDC manual line 6 page 23 I have a right to unrestricted and confidential access to the courts by correspondence in matters such as the legality of my conviction, civil matters, pending criminal cases, and conditions of my imprisonment. See attachment

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

attatchment MDC manuel

## III Injuries

pg 23 line 6 on the left of the MDC manuel

I have the ~~right to~~ responcibility to present honestly and fairly my petitions, questions, and problems to the Court

The exact same is true in the MCC manuel as well

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Metropolitan Correctional Center

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_  No ___  Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___  No ___  Do Not Know _X_

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_  No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___  No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? With case manager Eldredge

1. Which claim(s) in this complaint did you grieve? Voyeurism, harrassment, fear of being stabbed by needles.

2. What was the result, if any? retaliation, transfer to another facility, told other inmates I am crazy, violated hippa, indicted

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

filed multiple cop outs, relayed my fear and frustration to Mr. Hels brother, etc.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

Ms. Eldridge, Ms. Hill's brother, other officers

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

I was questioned by SIS as part of an investigation and intimidated and accused of circulating a petition

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

damages for everyday I was in the presence of this man who suffers for Gender Identity Disorder and who is not nor will ever be a woman. Medical science to my knowledge has never and will never create a woman.

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No __X__

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __N/A__

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes __X__ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Regina Lewis__

Defendants __USA, FBOP, Warden, AW, U.S. Marshal Eric Weiss, Dwyle Murphy, Times Herald Record__

2. Court (if federal court, name the district; if state court, name the county) __Southern District / Carolyn Stubbs__

3. Docket or Index number __Pending / approval__

4. Name of Judge assigned to your case __None__

5. Approximate date of filing lawsuit __Sept. 2012__

6. Is the case still pending? Yes __N/A__ No __N/A__

If NO, give the approximate date of disposition __N/A__

Rev. 05/2010                                    8

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __N/A pending approval__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of October, 2012

Signature of Plaintiff: _Regina Lewis_
Inmate Number: _67206-054_
Institution Address: _MDC_
_PO Box 329002_
_Brooklyn, NY 11232_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 12 day of October, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Regina Lewis_

In the United States District Court
For the Southern District of New York

Marion Francis 66174-054
Anita Garret 67193-054
Regina Lewis 67206-054
-v-
The United States of America
Federal Bureau of Prisons
defendant's

RECEIVED AUG 16 2012 PRO SE OFFICE

We the plaintiffs are currently incarcerated in the Metropolitan Correctional Center and do file this complaint against the defendants for Constitutional violations.

We are being forced to share both living areas and common areas with a male inmate.

Marion Francis shared a cell with a male inmate for two months where she shared open bathroom facilities and bathing area and slept five feet away from him.

Francis also fears for her life because she has been threatened and intimidated on more than one occasion by the male inmate who did threaten to cause her serious bodily harm for her complaints

All plaintiffs have been subjected to ~~this~~ the delusions of grandeur of the male inmate who describes in detail his experience with childbirth.

Details include giving birth through normal delivery to a ten pound baby girl, breast feeding and having a normal ~~delivery~~ menstruation thereafter.

The male inmate is also provided with femenent hygeine products including sanitary napkins.

The male inmate also has regular gynecological visits with the facility gynecologist.

All plaintiffs find this arrangement to be disturbing and humiliating.

This complaint is filed under the High Category Code Prohibited Acts under Sections 361, 203, 207, 228, 299 and Moderate Category Code Prohibited Acts under Sections 300, 313 in the Manual for Pre-trial inmates.

All plaintiffs have witnessed illegal prescription drug activity that we find to be in violation of the High Category Code Prohibited Acts under Sections 299 in the Manual for Pretrial Inmates.

Marion Francis 8-9-12
Anita Barnett 8/9/12
Regina Lewis 8-9-12

Reggie Lewis 67206-054
MDC
PO Box 329002
Brooklyn, NY 11232

Legal Mail

U.S. District Court
500 Pearl St.
New York, NY 10007



RECEIVED
SDNY PRO SE OFFICE
2012 OCT -5 P 2 32